■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN R. ROMAN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Leahy, J.), rendered September 16, 1982, convicting him of murder in the second degree (two counts) and attempted robbery in the first degree (three counts), upon a jury verdict, and imposing sentence.

Judgment affirmed.

Viewing the evidence in the light most favorable to the People, and bearing in mind that issues of credibility are primarily for the jury to resolve, the evidence is of sufficient quantity and quality to support the verdict *(see, People v Malizia,* 62 NY2d 755, 757, *cert denied* 469 US 932; *People v Contes,* 60 NY2d 620).

We have reviewed the defendant's remaining contentions and find them to be without merit. Lazer, J. P., Brown, Rubin and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ROSA, Appellant.—Appeal by the defendant from an amended judgment of the Supreme Court, Kings County (Alfano, J.), rendered July 5, 1984, convicting him of violation of probation and sentencing him to an indeterminate term of imprisonment of from 1 to 3 years.

Amended judgment affirmed.

There is ample support in the record to sustain the conclusion that the defendant violated the terms and conditions of his probation. In light of its findings, Criminal Term was justified in resentencing the defendant to a period of incarceration of 1 to 3 years. Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.